UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN - 6 2008
Clerk, U.S. District and Bankruptcy Courts

Joyce Little,            )
                         )
        Petitioner,      )
                         )
v.                       )   Civil Action No.  08 0973
                         )
                         )
The Department of Health & )
Human Services *et al.*, )
                         )
        Respondents.     )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 30th day of May 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

United States District Judge